IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:24-cv-03708-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS<br><br>(Doc. Nos. 2, 7, 14, 16) |

Plaintiff, a county jail inmate proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Along with his complaint initiating this action, on December 26, 2024, plaintiff filed an application to proceed *in forma pauperis*. (Doc. No. 2.) On January 16, 2025, the assigned magistrate judge ordered plaintiff to submit a complete application for leave to proceed *in forma pauperis* with a certified copy of his jail trust account statement or the appropriate filing fee within 30 days of the date of the order and warned him that his failure to do so could result in the dismissal of the action for failure to prosecute or comply with the court's orders. (Doc. No. 5.) When plaintiff failed to comply with that order, on March 18, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due

1

1 to plaintiff's failure to prosecute or comply with the court's orders and that plaintiff's motion for
2 a court hearing be denied as moot if the recommendation was adopted. (Doc. No. 14.)

3     Those findings and recommendations were served on plaintiff by mail at his address of
4 record and contained notice that any objections thereto were to be filed within fourteen (14) days
5 after service. No objections to the pending findings and recommendations have been filed and
6 the time in which to do so has long since passed.

7     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
8 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
9 findings and recommendations are supported by the record and by proper analysis.

10     Accordingly,

11     1.    The findings and recommendations issued on March 18, 2025, (Doc. No. 14), are
12         ADOPTED in full;
13     2.    This action is DISMISSED without prejudice due to plaintiff's failure to prosecute
14         and failure to comply with court orders;
15     3.    Plaintiff's motion to proceed in forma pauperis, (Doc. No. 2), is DENIED;
16     4.    Plaintiff's other pending motions, (Doc. Nos. 7, 16), are DENIED as moot in light
17         of this order; and
18     5.    The Clerk of Court is directed to CLOSE this case.

19     IT IS SO ORDERED.

20 Dated:   **July 21, 2025**

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE